# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JERONIMO ROSADO, JR., | : | No. 76 MM 2016 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, LAWRENCE P. MAHALLY, SCI SUPERINTENDENT | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for an Immediate Hearing and the "Application forto [sic] Extraordinary Relief" are **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.